**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DARRELL L. LEATH,
    Plaintiff,

vs.                                                      Case No: 3:06cv470/MCR/EMT

RHONDA WELLS,
    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 1, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida for further proceedings on Plaintiff's complaint.

    3. The Clerk is directed to close this file.

    **DONE AND ORDERED** this 1st day of December, 2006.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS
                                   UNITED STATES DISTRICT JUDGE**